Tamara L. NICHOLS and Jesse
Liggins, Plaintiffs/Appellants,

v.

Blaine M. SAYRE and Health Care
for Kids, Defendants,

and

St. Louis Children's Hospital,
Defendant/Respondent.

No. ED 91594.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 24, 2009.

Rehearing Denied April 16, 2009.

Thomas Carter II, St. Louis, MO, for
Appellant.

Thomas J. Smith, Michael E. Donelson,
Co–Counsel, St. Louis, MO, for Respondent.

Before NANNETTE A. BAKER, C.J.,
and KATHIANNE KNAUP CRANE, J.,
and MARY K. HOFF, J.

## ORDER

PER CURIAM.

Tamara L. Nichols and Jesse Liggins
(collectively Plaintiffs) appeal from the trial court's grant of summary judgment in

favor of St. Louis Children's Hospital (Defendant) on Plaintiffs' petition alleging
their daughter's death was caused, in part,
by Defendant's medical malpractice. We
affirm.[1]

We have reviewed the briefs of the parties and the record on appeal. No error of
law appears. An extended opinion reciting
the detailed facts and restating the principles of law would have no precedential
value. The parties have been furnished
with a memorandum for their information
only, setting forth our reasons for the order affirming the trial court's award of
summary judgment, pursuant to Rule
84.16(b).

1. Plaintiffs' wrongful death claim was alleged
against three defendants: Health Care for
Kids, Dr. Blaine M. Sayre, and Defendant.
Defendant's motion for summary judgment
pertained only to Plaintiffs' claim against Defendant. Accordingly, in its summary judgment order, the trial court noted that, pursuant to Rule 74.01(b), there was no just reason
for delaying Plaintiffs' appeal with regard to
Defendant. Plaintiffs' claims against the two
remaining defendants, Health Care for Kids
and Dr. Blaine M. Sayre, are not involved in
this appeal.